UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOKERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER,<br><br>        Defendant. | Case No. 1:23-cv-01513-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PENDING MOTIONS<br><br>(Doc. No. 14)<br><br>ORDER DISREGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(Doc. No. 10)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND<br><br>(Doc. Nos. 11, 12) |

      Pending before the Court is Plaintiff's pleading entitled "First Amended Complaint and Request to Withdrawl [sic] Pending Motions," filed on December 11, 2023. (Doc. No. 14, "Motion"). Liberally construed, Plaintiff asks the Court to disregard his First Amended Complaint filed December 4, 2023 (Doc. No. 10) and his two Motions to Amend his Complaint (Doc. Nos. 11, 12) and to deem his lodged Second Amended Complaint (Doc. No. 13) the operative pleading in this action. (*See* Doc. No. 14). Plaintiff explains that he filed the prior pleading prior to receiving the Court's November 28, 2023 Screening Order. (*Id.*). The Court will grant Plaintiff's Motion.

ACCORDINGLY, it is hereby **ORDERED:**

1. Plaintiff's Motion to Withdraw Pending Motions (Doc. No. 14) is GRANTED.
2. The Court disregards Plaintiff's Pending First Amended Complaint (Doc. No. 10).
3. Plaintiff's Motion for Leave to File Amended Petition (Doc. No. 11) and Motion for Leave to Add Co-Plaintiffs (Doc. No. 12) are DENIED as moot.
4. Plaintiff's Second Amended Complaint (Doc. 13) shall be deemed the operative complaint in this action and will be screened by separate Order.

Dated:     January 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE