UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOKERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. PFEIFFER,<br><br>        Defendant. | No. 1:23-cv-01513-KES-HBK (PC)<br><br>ORDER FINDING MOTION MOOTED BY LATER FILING<br><br>(Doc. No. 19) |

On July 26, 2024, Plaintiff filed a pleading titled "Motion for Leave to Amend or Dismiss as Moot." (Doc. No. 19). On August 9, 2024, the Court directed Plaintiff to clarify whether he he wished to voluntarily dismiss his SAC under Rule 41(a)(1) or wished to file a third amended complaint. (Doc. No. 21). On September 3, 2024, Plaintiff filed a Motion to Amend with a proposed third amended complaint. (Doc. Nos. 22, 23).

Accordingly, it is hereby **ORDERED**:

The Court finds Plaintiff's July 26, 2024 Motion for Leave to Amend or Dismiss (Doc. No. 19) as MOOTED by his September 3, 2024 Motion to Amend.

Dated:   October 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1